# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

BARRY HALLOWAY,[1]

    Plaintiffs,

  v.                                     No. CIV 16-00174-MCA-SMV

SUSANA MARTINEZ, *Governor*, GREGG
MARCANTEL, *Secretary of Corrections*,
JERRY ROARK, *Director of Corrections*,

    Defendants.

## FINAL JUDGMENT

Pursuant to Fed. R. Civ. P. 58(a), and consistent with the Order of Dismissal filed contemporaneously herewith, the Court issues its separate judgment finally disposing of this case,

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this civil proceeding is dismissed.

                                                _____
                                                CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Plaintiffs Shaun Jacobs, Danny Coates, and Vernard Miles have voluntarily dismissed their claims against Defendants pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and, therefore, they are no longer parties to the present civil rights case. [*See* Docs. 9, 13, 14, 15, 16, 17]